AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Curtis Waters, <br> *Plaintiff* <br> v. <br> Ernest Rowe, Disciplinary Hearing Officer; and <br> Angela Brown, Counsel Substitute, <br> *Defendants* | ) ) ) ) ) ) | Civil Action No. 0:14-cv-00745-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Curtis Waters, shall take nothing of the defendants; Ernest Rowe and Angela Brown, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding. The having ruled on the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the complaint without prejudice.

Date: September 10, 2014                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/G. Mills

                                                                               *Signature of Clerk or Deputy Clerk*